UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>             Plaintiff,<br><br>v.<br><br>LONE OAK INDUSTRIES, INC. and<br>LONE OAK FUND, LLC,<br><br>             Defendants. | Case No.  CV 19-03991-AB-JEM<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 5, 2019         _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE